UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRANCISCO VIDAL; MARTIN NARES; DOE INMATES I THROUGH X,<br><br>Plaintiff,<br><br>v.<br><br>STEVE SISOLAK; JAMES DZURENDA; BRIAN E. WILLIAMS; MIGUEL FORERO SPECIALIST; BRYAN G. M.D.; NURSE DOES I THORUGH X,<br><br>Defendants. | Case No. 2:19-cv-01688-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 11) and Plaintiff's Motion for a Copy of his Complaint and Refile Case (ECF No.12). These Motions are moot. This case was closed on June 19, 2020. ECF No. 9. Moreover, it appears Plaintiff has refiled this action, which remains pending, at Case No. 19-cv-2130.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 11) and Plaintiff's Motion for a Copy of his Complaint and Refile Case (ECF No.12) are DENIED as moot.

DATED THIS 27th of August, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE